# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JARRETT DELANEY MYERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV421-353 |
| SHERIFF JOHN T. WILCHER, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

The Court previously directed *pro se* plaintiff Jarrett Delaney Meyers to show cause why his case should not be dismissed for his failure to keep the Court apprised of his current address. *See* doc. 19. He has not complied with that Order. *See generally* docket. Moreover, additional correspondence from the Court, including the Order to show cause, have been returned as undeliverable. *See* docs. 22 & 23. The prior Order explicitly warned Meyers that failure to comply would result in dismissal. *See* doc. 19 at 3.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31

(1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 2006 WL 3307444, *1 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c).

Plaintiff's disregard of this Court's Order and Local Rules warrants dismissal of this action under Rule 41(b). No sanction short of dismissal appears appropriate given his failure to show any interest in participating in this action. *Mingo*, 864 F.2d at 102; *Goforth v. Owens*, 766 F.2d 1533, 1534-35 (11th Cir. 1985). Accordingly, this case is

**DISMISSED without prejudice**.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 23rd day of August, 2022.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA