AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JARRETT DELANEY MYERS,

Plaintiff,

v.

SHERIFF JOHN T. WILCHER, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV421-353

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 23, 2022, this case is dismissed without prejudice and stands closed.



Approved by: _Christopher L. Ray_

August 23, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_James R. Burrell_
(By) Deputy Clerk

GAS Rev 10/2020